UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) Case Nos. | CR114-028, USA v. Hill |
| | ) | CR114-195, USA v. Cooks |
| LEAVE OF ABSENCE REQUEST | ) | CR115-001, USA v. Childs |
| | ) | CR115-016, USA v. Genitski |
| C. TROY CLARK | ) | CR115-019, USA v. Smith |
| June 1, 2015 through June 5, 2015 | ) | CR115-028, USA v. Parker |
| | ) | CR115-029, USA v. Burke |
| | ) | CR115-034, USA v. Vermong |
| | ) | CR115-040, USA v. Hill |
| | ) | CR115-052, USA v. Hunt |
| | ) | CR115-055, USA v. Mercer |
| | ) | CR115-056, USA v. Pittman |
| | ) | CR115-058, USA v. Sullivan |

## ORDER

**C. Troy Clark** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

IT IS HEREBY ORDERED THAT **C. Troy Clark** be granted leave of absence for the following periods: **June 1, 2015 through June 5, 2015.**

This 28th day of May, 2015.

HONORABLE J. RANDAL HALL
United States District Judge
Southern District of Georgia