IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CASE NO: CR114-28 |
| | ) | |
| DANNIE O'BRIAN HILL | ) | |

## ORDER

The defendant, Dannie O'Brian Hill, was sentenced on July 8, 2015 and is in the custody of the Bureau of Prisons.

Surety, Stacy Hill, has requested the return of the $5,000.00 cash security posted on the defendant's $50,000.00 bond.

IT IS HEREBY ORDERED that the cash collateral in the amount of $5,000.00 posted by Stacy Hill for this defendant, plus all accrued interest thereon, be returned to: Stacy Hill at 3515 Snowden Dr., Hephzibah, Georgia 30815.

This 18th day of August, 2015 at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA